Andrew P. Fishkin (AF7571)
Zachary W. Silverman (ZS0828)
S. Aaron Loterstein (admitted pro hac vice)
FISHKIN LUCKS LLP
The Legal Center
One Riverfront Plaza, Suite 410
Newark, New Jersey 07102
973.536.2800
afishkin@fishkinlucks.com
zsilverman@fishkinlucks.com
aloterstein@fishkinlucks.com
Attorneys for Defendant
American General Life Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DUANE BUCK AND ANN BUCK, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | 1:17-cv-13278-NLH-KMW<br><br>**NOTICE OF MOTION**<br><br>Motion Date:  April 2, 2018<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that defendant American General Life Insurance Company ("AGLIC"), through its attorneys, Fishkin Lucks LLP, will move this Court, before the Honorable Noel L. Hillman, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, on April 2, 2018 at 9:00 a.m. or as soon thereafter as the matter may be heard, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing with prejudice the First Amended Class Action Complaint of plaintiffs Duane Buck and Ann Buck, and in the alternative, for an order

pursuant to Fed. R. Civ. P. 12(f), 23(c)(1)(A), and 23(d)(1)(D) striking the class allegations contained therein.

In support of its motion, AGLIC relies upon the annexed memorandum of law, and the exhibit to which it refers, dated March 5, 2018.

Dated: March 5, 2018

> *s/ Andrew P. Fishkin*
> Andrew P. Fishkin (AF7571)
> Zachary W. Silverman (ZS0828)
> S. Aaron Loterstein (admitted pro hac vice)
> FISHKIN LUCKS LLP
> The Legal Center
> One Riverfront Plaza, Suite 410
> Newark, NJ 07102
> 973.536.2800
> afishkin@fishkinlucks.com
> zsilverman@fishkinlucks.com
> aloterstein@fishkinlucks.com
> Attorneys for Defendant
> American General Life Insurance Company