## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

STARK & STARK, P.C.
100 American Metro Boulevard
Hamilton, New Jersey 08619
609-895-9060
Martin P. Schrama, Esq.
Stefanie Colella-Walsh, Esq.
Email: mps@stark-stark.com
       scw@stark-stark.com

GORMAN & GORMAN, LLC
Liberty View, Suite 400
457 Haddonfield Road
Cherry Hill, NJ 08002
856-665-4300
Scott B. Gorman, Esq.
Email: sbgorman@gormanlegal.com

*Counsel for Plaintiffs and Settlement Classes*

| | |
|---|---|
| DUANE BUCK AND ANN BUCK, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Document Electronically Filed<br><br>CIVIL ACTION<br><br>Case No. 1:17-cv-13278-CPO-EAP<br><br>Hon. Christine P. O'Hearn, U.S.D.J.<br><br>Hearing Date: September 29, 2023<br><br>**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASSES** |

TO:    Andrew P. Fishkin
          FISHKIN LUCKS LLP
          One Gateway Center, Suite 1150
          Newark, NJ 07102

          Aaron Loterstein
          FISHKIN LUCKS LLP

500 7th Ave, 8th Floor
New York, NY 10018
*Attorneys for Defendant*

COUNSEL:

PLEASE TAKE NOTICE that Plaintiffs, through their attorneys, Stark & Stark, P.C., and Gorman & Gorman, LLC, will move this Court, before the Honorable Christine P. O'Hearn, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, at the Fairness/Final Approval Hearing scheduled by the Court on **September 29, 2023**, for an Order for: Final Approval of the Settlement Agreement and Certification of the Settlement Classes; Approval of the Settlement Administrator's administrative costs; Approval of Class Counsels' Attorneys' Fees and costs; and Approval of Class Representatives' Incentive Awards.

In support of their Motion, Plaintiffs shall rely upon the annexed Memorandum of Law, and supporting Declarations.

DATED:  September 19, 2023

*s/ Martin P. Schrama*
Martin P. Schrama, Esq.
Stefanie Colella-Walsh, Esq.
STARK & STARK, P.C.
100 American Metro Boulevard
Hamilton, New Jersey 08619
609-895-9060
Email: mps@stark-stark.com
scw@stark-stark.com

Scott B. Gorman, Esq.
GORMAN & GORMAN, LLC
Liberty View, Suite 400
457 Haddonfield Road
Cherry Hill, NJ 08002
856-665-4300
Email: sbgorman@gormanlegal.com

*Attorneys for Plaintiffs*