# Exhibit A

COST REPORT - AMERICAN GENERAL LIFE INSURANCE COMPANY / AGLIC CLASS ACTION SUIT

| Date | Description | Amount | Payee | Status | Narrative |
|---|---|---|---|---|---|
| 06/24/2017 | Litigation Expense | 19.00 | SCOTT GORMAN | Paid | Certified Mail to Defendants |
| 01/17/2018 | Filing Fee | 400.00 | WELLS FARGO | Paid | Filing Fee |
| 01/28/2018 | Service Fee | 69.00 | NEW JERSEY LAWYERS SERVICE | Paid | Service of Process |
| 02/02/2018 | Expert Fee | 6,000.00 | CANTERBURY CONSULTING, LLC | Paid | Insurance Actuarial/Expert |
| 05/08/2018 | Travel | 40.00 | CRAIG HILLIARD | Paid | Travel at .53 per mile and parking. |
| 06/04/2018 | Experts Fees and Meal | 821.78 | CRAIG HILLIARD | Paid | Conference with experts, counsel and clients. |
| 06/22/2018 | Litigation Expense | 25.00 | SCOTT GORMAN | Paid | Certified Mail to Defendants |
| 02/27/2019 | Litigation Expense | 25.10 | PACER SERVICE CENTER | Paid | Docket and Printing Fee |
| 02/28/2019 | Litigation Expense | 53.00 | PACER SERVICE CENTER | Paid | Docket and Printing Fee |
| 03/08/2019 | Litigation Expense | 219.00 | SCOTT GORMAN | Paid | Purchased Life Insurance and Modified Endowment Contracts, (Society of Actuaries, 2015), DesRochers, Adney, et al. |
| 04/01/2019 | Litigation Expense | 115.00 | SCOTT GORMAN | Paid | Purchased A.M. Best Report re American General Life Insurance Co |
| 05/15/2019 | Travel | 47.56 | STEFANIE COLELLA-WALSH | Paid | Travel at .53 per mile and parking. |
| 05/15/2019 | Travel | 47.56 | MARTIN P. SCHRAMA | Paid | Travel at .53 per mile and parking. |
| 05/24/2019 | Travel | 57.56 | STEFANIE COLELLA-WALSH, ESQ | Paid | Travel at .53 per mile and parking. |
| 05/24/2019 | Travel | 47.56 | MARTIN P. SCHRAMA, ESQ. | Paid | Travel at .53 per mile and parking. |
| 11/16/2019 | Expert Fee | 8,325.00 | TILDEN AND ASSOCIATES | Invoiced | Insurance Actuarial/Expert |
| 11/26/2019 | Expert Fee | 1,492.75 | MARAGELL CORPORATE INVESTIGATIONS | Paid | ESI Liaison/Expert |
| 01/28/2020 | Travel, Experts Fees and Meal | 230.00 | SCOTT GORMAN | Paid | Conference with experts, counsel and travel (multiple days). |
| 03/18/2020 | Litigation Expense | 695.00 | VERITEXT | Paid | Transcripts |
| 03/27/2020 | Litigation Expense | 72.81 | FED EX | Paid | FED EX Delivery |
| 04/15/2020 | Deposition Transcript | 1,908.65 | VERITEXT | Paid | Transcripts |
| 08/06/2020 | Expert Fee | 8,550.00 | CANTERBURY CONSULTING, LLC | Paid | Insurance Actuarial/Expert |
| 08/27/2020 | Litigation Expense | 111.75 | NEW JERSEY LEGAL | Paid | Formatting and filing - appeal papers |
| 09/03/2020 | Expert Fee | 3,450.00 | CANTERBURY CONSULTING, LLC | Paid | Insurance Actuarial/Expert |
| 10/20/2020 | Litigation Expense | 1,785.70 | VERITEXT MID-ATLANTIC | Paid | Transcripts |
| 11/15/2020 | Litigation Expense | 72.00 | FED EX | Paid | FED EX Delivery |
| 12/15/2020 | Litigation Expense | 243.26 | NEW JERSEY LEGAL | Paid | Formatting and filing - appeal papers |
| 12/22/2020 | Expert Fee | 15,300.00 | CANTERBURY CONSULTING, LLC | Paid | Insurance Actuarial/Expert |

| Date | Type | Amount | Vendor | Status | Description |
|---|---|---|---|---|---|
| 01/19/2021 | Expert Fee | 10,000.00 | BUSINESS AUTOMATION ASSOCIATES, INC. | Paid | Software Programming/Expert |
| 02/26/2021 | Expert Fee | 8,100.00 | CANTERBURY CONSULTING, LLC | Paid | Insurance Actuarial/Expert |
| 03/04/2021 | Expert Fee | 12,900.00 | CANTERBURY CONSULTING, LLC | Paid | Insurance Actuarial/Expert |
| 03/12/2021 | Litigation Expense | 119.73 | NJ LEGAL | Paid | Formatting and filing - appeal papers |
| 04/06/2021 | Litigation Expense | 153.31 | NEW JERSEY LEGAL | Paid | Formatting and filing - appeal papers |
| 09/02/2021 | Expert Fee | 505.00 | MARAGELL CORPORATE INVESTIGATIONS | Paid | ESI Liaison/Expert |
| 03/25/2022 | Expert Fee | 328.41 | MARAGELL CORPORATE INVESTIGATIONS | Paid | ESI Liaison/Expert |
| 05/06/2022 | Expert Fee | 7,320.00 | TILDEN AND ASSOCIATES | Invoiced | Insurance Actuarial/Expert |
| | Total | 89,650.49 | | | |