UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden

**DATE OF PROCEEDING:** 9/29/23

**JUDGE CHRISTINE P. O'HEARN**

**DOCKET NO.** 17-cv-13278

**COURT REPORTER:** Camille Pedano

**TITLE OF CASE:**

DUANE BUCK, et al.

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY

**APPEARANCES:**
Stephanie Colella-Walsh, Esquire for Plaintiffs
Martin Schrama, Esquire for Plaintiffs
Craig Hillard, Esquire for Plaintiffs
Andrew Fishkin, Esquire for Defendant
Aaron Loterstein, Esquire for Defendant

**NATURE OF PROCEEDINGS: FAIRNESS HEARING**
Hearing on Joint Motion for Final Approval of Class Action Settlement and Certification of Settlement Classes (ECF No. 105)

**DISPOSITION:**
Joint Motion for Final Approval of Class Action Settlement and Certification of Settlement Classes (ECF No. 105) GRANTED. Order to be entered.

Time Commenced:   10:10am
Time Adjourned:   10:45am
**Total time:**       **35 Minutes**

/s/ *Haley Minix*
DEPUTY CLERK